IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALDRIN JAVIER ESPINOZA,

Defendant.                                               No. 15-cr-30029-DRH-3

### ORDER

**HERNDON, District Judge:**

Now before the Court is defendant Aldrin Javier Espinoza's December 28, 2015 motion to continue trial setting of January 11, 2016 (Doc. 58). Defendant states that his counsel needs additional time to prepare for trial. The Government does not object to the motion. The Court being fully advised in the premises finds the parties require additional time to resolve this case.

In continuing the trial, the Court notes that one of the defendants, Arturo Lucatero Escobar, is still at large and has not yet been arraigned. As no motion for severance of the remaining defendant has been filed or granted in this case, all defendants adhere to the same Speedy Trial clock. Because the Speedy Trial clock does not begin to run until the last co-defendant is arraigned, the 70-day window for conducting this trial has not yet come into play under the Speedy Trial Act. See *United States v. Larson*, 417 F.3d 741, 745 n. 1 (7th Cir.2005) ("In the typical joint trial, the Speedy Trial clock begins when the last codefendant is arraigned.")

(citing *United States v. Baskin-Bey*, 45 F.3d 200, 203 (7th Cir.1995). Thus, as the Speedy Trial Clock has not begun to run, there is no need to account for excluded time due to trial delays, such as when a trial is continued.

Therefore, the Court **GRANTS** defendant's motion to continue the January 11, 2016 trial (Doc. 58). The Court **CONTINUES** the jury trial scheduled for January 11, 2016, to **Monday, April 18, 2016, at 9:00 a.m.**

**IT IS SO ORDERED.**

Signed this 29th day of December, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.12.29 13:29:21 -06'00'

**United States District Judge**