## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

    **vs.**            **CRIMINAL NO. 15-CR-30029-DRH-3**

**ALDRIN JAVIER ESPINOZA,**

       **Defendant.**

## ORDER FOR FORFEITURE PURSUANT TO
## <u>FED.R.CRIM.P 32.2 WITH RESPECT TO ALDRIN JAVIER ESPINOZA</u>

In the Indictment filed in the above cause on February 19, 2015, the United States sought forfeiture of property of Defendant, Aldrin Javier Espinoza, pursuant to 21 U.S.C. § 853.   The Court, upon consideration of the guilty plea received in this matter hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

**Five thousand dollars (5,000.00) in United States funds.**

A forfeiture judgment is entered in favor of the United States and against defendant Aldrin Javier Espinoza in the amount of $5,000.00.   This judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.   In that the amount of this judgment represents the funds used to purchase cocaine by this defendant and not from all of the cocaine distributed in the entire conspiracy, the forfeiture proceeds collected from other co-defendants

towards their own forfeiture judgments shall not constitute a credit in favor of Aldrin Javier Espinoza towards his judgment.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

This judgment shall become final against the defendant as of the time of his sentencing.

**IT IS SO ORDERED.**

**Signed this 22nd day of June, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.06.22 11:44:35 -05'00'

**DAVID R. HERNDON**
**United States District Judge**