IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.        CRIMINAL NO. 15-CR-30029-DRH-3

ALDRIN JAVIER ESPINOZA,

    Defendant.

## AMENDED ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO ALDRIN JAVIER ESPINOZA

  In the Indictment filed in the above cause on February 19, 2015, the United States sought forfeiture of property of Defendant, Aldrin Javier Espinoza, pursuant to 21 U.S.C. § 853.  The Court, upon consideration of the guilty plea received in this matter hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

  **Two thousand dollars ($2,000.00) in United States funds.**

  A forfeiture judgment is entered in favor of the United States and against defendant Aldrin Javier Espinoza in the amount of $2,000.00.  This judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.  The forfeiture proceeds collected from other co-defendants towards their own forfeiture judgments shall not constitute a credit in favor of Aldrin Javier Espinoza towards his judgment.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

The order of forfeiture entered June 22, 2016 (Doc. 74) is hereby vacated.

This judgment shall become final against the defendant as of the time of his sentencing.

**IT IS SO ORDERED.**

**Signed this 23rd day of June, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.06.23 15:58:27 -05'00'

_____
**DAVID R. HERNDON**
**United States District Judge**