# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                      CRIMINAL NO. 15-CR-30029-DRH

**ALDRIN JAVIER ESPINOZA,**

      Defendant.

## ORDER FOR FORFEITURE OF SUBSTITUTE PROPERTY

On June 23, 2016, a monetary forfeiture judgment in the amount of $2,000.00 was entered against Defendant Aldrin Javier-Espinoza and in favor of the United States [Doc. 75]. The Order provided that the judgment could be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery was not obtained. There is still $2,000.00 due and owing on the forfeiture judgment.

The United States now moves for the forfeiture, as substitute property, of all current and future payments received by the Smith Correctional Center or through the Bureau of Prisons *Inmate Financial Responsibility Program*. The Motion is granted, and the Court hereby orders forfeited $172.46 currently being held by the United States Marshals Service. The Court further orders forfeited all future payments received by the United States

Marshals Service from the Smith Correctional Center or through the Bureau of Prisons *Inmate Financial Responsibility Program*.

**IT IS SO ORDERED.**

Judge Herndon
2018.05.24
15:35:54 -05'00'

**United States District Judge**